AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Texas

| | | |
|---|---|---|
| United States of America<br>v.<br><br><br><br>MERLIN PAZ-ZUNIGA, a.k.a. "Merlin Paz"<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **SEALED**<br><br>Case No.  6:25-MJ- 82 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 5, 2025 _____ in the counties of _____ Smith _____ in the

___ Eastern ___ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Re-Entry Following Removal. |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Patrick Boland, FBI
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6/6/25 _____

_____
*Judge's signature*

City and state:          Tyler, Texas          

K. Nicole Mitchell, United States Magistrate Judge
_____
*Printed name and title*