IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. 6:25-CR-79 |
| | § | JUDGES KERNODLE/MITCHELL |
| MERLIN PAZ-ZUNIGA | § | |

## FACTUAL BASIS

Investigation by the Federal Bureau of Investigation (FBI), Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and Department of Homeland Security Customs and Border Protection (CBP) disclosed the following facts that establish that I, the defendant, **Merlin Paz-Zuniga**, violated 18 U.S.C. §§ 933(a)(1) and (a)(3), Conspiracy to Commit Firearms Trafficking, as charged in Count Two of the indictment, and that I accept as true and correct:

1. That I, the defendant, **Merlin Paz-Zuniga**, am changing my plea to guilty and I am the same person charged in the indictment;

2. That the events described in the indictment occurred in the Eastern District of Texas;

3. On or about March 28, 2025, Honduran federal law enforcement agents seized an international firearms shipment from Texas. Honduran agents obtained and executed a lawful search warrant, during which they located and seized seven firearm, including a semiautomatic firearm capable of accepting a large capacity magazine, and 571 rounds of ammunition.

**Factual Basis - Page 1 of 3**

4.    FBI and CBP agents obtained a shipping invoice for the package from the shipping company located in Houston, Texas. The invoice, dated March 12, 2025, indicated that the parcel contained clothing, shoes, and tools. Further, the invoice identified the shipper as "Merlin Paz" with a phone number of "(903) 530-1715" and an address of "1218 N. Church Ave." in Tyler, Smith County, in the Eastern District of Texas. Agents identified me as Merlin Paz-Zuniga, a Honduran alien unlawfully present in the United States, with a phone number of (903) 530-1715 and an address at 1209 N. Homes in Tyler, Texas, just one block from the address listed on the shipping invoice.

5.    On or about June 4, 2025, agents obtained a lawful search warrant for my residence in Tyler, Texas, during which they located and detained me for violations of federal immigration laws. Agents advised me of my *Miranda* warnings, after which I voluntarily consented to an interview. During the interview, I confirmed that the signature on the shipping invoice was my signature. Further, I admitted that I purchased the firearms illegally in the parking lot of the Super One grocery store located in Tyler, then transported them to Houston where I shipped firearms out of the United States to my brother in Honduras. I knew or had reasonable cause to believe that it would be illegal for the recipient, my brother, to possess the firearms and would constitute a felony.

## DEFENDANT'S SIGNATURE AND ACKNOWLEDGEMENT

I have read (or had read to me) this Factual Basis and I am pleading guilty to

Count Two of the indictment in this case because I am guilty of the violation alleged. I

have had an opportunity to consult with an attorney and I am satisfied with the advice and

counsel that he has provided me. I acknowledge that I violated 18 U.S.C. §§ 933(a)(1)

and (a)(3), Conspiracy to Commit Firearms Trafficking. I hereby stipulate that the facts

described above are true and correct and accept them as the uncontested facts of this case.

Dated: 08-18-25

Merlin Paz Zuniga
MERLIN PAZ-ZUNIGA
Defendant

## DEFENSE COUNSEL'S SIGNATURE AND ACKNOWLEDGEMENT

I have read this Factual Basis and the indictment and have reviewed them with my

client. Based on my discussions with the defendant, I am satisfied that the defendant

understands the Factual Basis and the Indictment and that he has signed the Factual Basis

voluntarily.

Dated: 08/18/2025

EDWARD ESTRADA
Attorney for Defendant

Factual Basis - Page 3 of 3